# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-10521
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 26, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RUBEN ALBERTO LOPEZ-TREVINO,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:13-CR-160-1

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Ruben Alberto Lopez-Trevino appeals the sentence imposed following his guilty plea conviction for illegal reentry following a previous deportation. He argues that the district court erred in not reducing his sentence for the two months he served in immigration custody following his arrest.

Lopez-Trevino has completed his term of imprisonment, has been released from custody, and has been removed to Mexico. The appeal of his

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-10521

sentence is therefore moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382-83 (5th Cir. 2007). Accordingly, the Government's unopposed motion to dismiss the appeal as moot is **GRANTED**.

**MOTION GRANTED; APPEAL DISMISSED.**